IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALLAN SEAGER,

    Petitioner,

vs.                                                                    No. 15-cv-0747 MCA/SMV

JEFF WRIGLEY and the ATTORNEY GENERAL
FOR THE STATE OF NEW MEXICO,

    Respondents.

## ORDER TO CURE DEFICIENCY

    Petitioner submitted a petition for writ of habeas corpus. The Court determines that Petitioner's filing is deficient; specifically, Petitioner has not paid the $5.00 filing fee or filed an Application to Proceed in District Court Without Prepaying Fees or Costs. Petitioner must include the civil action number (15-cv-0747 MCA/SMV) of this case on all papers that he files in this proceeding. Failure to timely cure the designated deficiencies may result in dismissal of this proceeding without further notice.

    **IT IS THEREFORE ORDERED** that Petitioner cure the deficiencies designated above within 30 days from entry of this order; and the Clerk is directed to mail to Petitioner, together with a copy of this order, an Application to Proceed in District Court Without Prepaying Fees or Costs.

    **IT IS SO ORDERED.**

    _____
    **STEPHAN M. VIDMAR**
    **United States Magistrate Judge**