# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**ALLAN SEAGER,**

    **Petitioner,**

vs.                                          **No. 15-cv-0747 MCA/SMV**

**JEFF WRIGLEY and the ATTORNEY GENERAL**
**FOR THE STATE OF NEW MEXICO,**

    **Respondents.**

## ORDER TO ANSWER

The Court having entertained this habeas corpus proceeding pursuant to 28 U.S.C. § 2254, *see* 28 U.S.C. § 2254 R.4, and the Court having determined that the Petition is not subject to summary dismissal;

**IT IS THEREFORE ORDERED** that the Clerk is directed to forward copies of this Order and the Petition and supporting papers and exhibits, if any, to Respondents.

**IT IS FURTHER ORDERED** that Respondents answer the Petition within **30 days** from entry of this Order.  Respondents' answer shall advise, but is not limited to, whether the Petitioner has exhausted his state court remedies as to the issues raised in the federal Petition.  Respondents shall attach to their answer copies of any paper pertinent to the issue of exhaustion that was filed by Petitioner in the sentencing court, the state district court, the state court of appeals, and the state supreme court, together with copies of all memoranda filed by <u>both</u> parties in support of or in response to those papers.  Respondents shall also attach to the answer copies of all state court

findings and conclusions, docketing statements, and opinions issued in Petitioner's state court post-conviction or appellate proceedings.  The answer must describe the procedural history of each claim that Respondent contends is unexhausted and identify the State procedures that are currently available to Petitioner.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**