IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALLEN SEAGER,

    Petitioner,

vs.                                             No. 15-cv-747 MCA/SMV

JEFF WRIGLEY, Warden, and
HECTOR H. BALDERAS, Attorney General
for the State of New Mexico,

    Respondents.

## ORDER

    **THIS MATTER** comes before the Court on *Respondents' Motion to Extend Time to File Their Answer to Pro Se Petitioner Allen Seager's Petition for Writ of Habeas Corpus [Doc. 1]*, [Doc. 8], filed October 19, 2015.  Having reviewed the motion, the relevant pleadings, and being otherwise fully informed in the premises, the Court determines that the motion is well-taken.

    **IT IS, THEREFORE, ORDERED** that *Respondents' Motion to Extend Time to File Their Answer to Pro Se Petitioner Allen Seager's Petition for Writ of Habeas Corpus [Doc. 1]*, [Doc. 8], is **GRANTED;**

    **IT IS FURTHER ORDERED** that Respondents shall have an additional two weeks from receipt of the recordings referred to in their motion to file their answer.  Defense counsel shall notify the Court if the records are not received within 60 days of this Order.

                                                       _____
                                                       **STEPHAN M. VIDMAR**
                                                       United States Magistrate Judge