IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ALLAN SEAGER,**

    Petitioner,

vs.                                                                                                         No. 15-cv-0747 MCA/SMV

**JEFF WRIGLEY and the ATTORNEY GENERAL
FOR THE STATE OF NEW MEXICO,**

    Respondents.

**ORDER GRANTING PETITIONER'S MOTION
FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

THIS MATTER is before the Court on Petitioner Allan Seager's ("Petitioner") Motion for Extension of Time to File Notice of Appeal [Doc. 26], filed March 14, 2016. Respondents have filed no response in opposition, and the time for doing so has passed. Pursuant to D.N.M.LR-Civ. 7.1(b), Respondents' failure to timely respond constitutes their consent to grant the motion. Accordingly, the motion will be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Petitioner's Motion for Extension of Time to File Notice of Appeal [Doc. 26] is **GRANTED**.

**IT IS SO ORDERED.**

                                                          **STEPHAN M. VIDMAR
United States Magistrate Judge**